# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  4:16 CR 0099   JAR/SPM |
| **MATTHEW SILIES,** | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant Matthew Silies motion to modify conditions of release.  [ECF No. 26]   Defendant's motion is **GRANTED** as further set forth below:

1. Defendant is authorized to utilize an on-campus computer for purposes of course work and exams specific to the eight-week summer session at St. Louis Community College – Forest Park, scheduled to commence June 6, 2016.  Defendant must provide his pretrial services officer with a computer use agreement provided by the St. Louis Community College instructor as further directed by the Pretrial Services Officer.

2. All remaining conditions of release as set forth in the **March 4, 2016**, Order Setting Conditions Release shall remain in effect.

SO ORDERED:

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of June, 2016.