UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Cause No. 4:16CR00099JAR/SPM |
| **v.** ) | |
| ) | **FILED UNDER SEAL** |
| **MATTHEW SILIES,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION FOR LEAVE TO FILE**
**SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL**

Comes now, Counsel for the Defendant, and hereby requests this Court's permission to file the Defendant's Sentencing Memorandum and Exhibits under Seal, filed on December 28, 2016. The Sentencing Memorandum and Exhibits contain Defendant's personal and confidential information.

Respectfully submitted,

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.


By */s/ Daniel A. Juengel*
DANIEL A. JUENGEL, (#42784MO)
Attorney for Defendant
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Ms. Colleen Lang
Asst. United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

                                              */s/ Daniel A. Juengel*
                                              DANIEL A. JUENGEL